This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38470**

**CAROL ANN ESCHMANN, as**
**Personal Representative of the**
**ESTATE OF CLAUDE BRYON**
**ESCHMANN,**

Petitioner-Appellee,

v.

**RONALD K. ALFORD,**

Intervenor-Appellant,

**IN THE MATTER OF THE ESTATE**
**OF CLAUDE BRYON ESCHMANN,**
**Deceased.**

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**Louis P. McDonald, District Judge**

Aldridge, Hammer & Wexler, P.A.
Jason M. Wexler
Albuquerque, NM

for Appellee

Ronald K. Alford
Corrales, NM

Pro Se Appellant

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}**    Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**BRIANA H. ZAMORA, Judge**